B 255 (11/91)

# UNITED STATES BANKRUPTCY COURT
## for the District of Montana

| | |
|---|---|
| In re  WBW, LLC,<br>_____<br>Debtor | **SUBPOENA IN<br>AN ADVERSARY PROCEEDING**<br>Case No.¹  03-02387 TLM |
| Delaney and Company, Inc. and<br>Ken LeClair<br>_____<br>Plaintiff | Chapter  7 |
| WBW, LLC and<br>Sunrise Development, L.L.C.<br>_____<br>Defendant | Adv. Proc. No.¹  06-6001 TLM<br>(Idaho) |

To:  Larry A. Holle
Crowley, Haughey, Hanson,
Toole & Dietrich P.L.L.P.
45 Discovery Drive, Suite 200
Bozeman, MT 59718

☐ YOU ARE COMMANDED to appear in the United States Bankruptcy Court at the place, date, and time specified below to testify in the above adversary proceeding.

| PLACE OF TESTIMONY | Courtroom |
|---|---|
| | Date and Time |

☒ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above adversary proceeding.

| Place of Deposition | Charles Fisher Court Reporting, Inc.<br>503 E. Mendenhall<br>Bozeman, MT 59715 | Date and Time | May 2, 2007<br>9:00 a.m. |
|---|---|---|---|

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects): **SEE ATTACHED EXHIBIT A**

| Place | Charles Fisher Court Reporting, Inc.<br>503 E. Mendenhall<br>Bozeman, MT 59715 | Date and Time | May 2, 2007<br>9:00.m. |
|---|---|---|---|

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below

| Premises | Date and Time |
|---|---|
| | |

Any organization not a party to this adversary proceeding that is subpoenaed for taking a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify, FED.R.CIV.P. 30(b)(6) made applicable in adversary proceedings by Rule 7030, FED.R. BANKR. P.

| Issuing Officer Signature and Title (Indicate if Attorney for Plaintiff or Defendant)<br>_/s/ Sheila R. Schwager_<br>Sheila R. Schwager, Attorney for Plaintiff, ISB #5059 | Date  April 11, 2007 |
|---|---|

Issuing Officer Name, Address and Telephone Number
Sheila R. Schwager, Hawley Troxell Ennis & Hawley LLP, 877 Main St., Suite 1000, Boise, Idaho 83701
(208)344-6000

42601.0001.919396