JARED M. LE FEVRE        ID No.: 5979
CROWLEY, HAUGHEY, HANSON,
 TOOLE & DIETRICH P.L.L.P.
500 TRANSWESTERN PLAZA II
490 NORTH 31ST STREET
P. O. BOX 2529
BILLINGS, MT 59103-2529
TELEPHONE: (406) 252-3441
FACSIMILE: (406) 259-4159
EMAIL: jlefevre@crowleylaw.com

ATTORNEYS FOR LARRY HOLLE AND GENEVIEVE S. SHERMAN

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF MONTANA

| | |
|---|---|
| IN RE: | No: 07-1 |
| WBW, LLC, | |
| | Bankruptcy No.: 03-02387 TLM (Idaho) |
| Debtors; | |
| | Chapter 7 |
| DELANEY AND COMPANY, INC. AND KEN LECLAIR | Adv. Proc. No.: 06-6001 TLM (Idaho) |
| Plaintiff, | |
| | **FINAL REPORT TO COURT** |
| vs. | |
| WBW, LLC AND SUNRISE DEVELOPMENT, L.L.C. | |
| Defendants. | |

Larry Holle and Genevieve Sherman ("Holle and Sherman"), by and through their attorneys, Crowley, Haughey, Hanson, Toole & Dietrich P.L.L.P., hereby provide the following report to the Court in compliance with the Court's Order entered on April 30, 2007, as to the progress of the post-deposition document production responsive to the subpoenas served upon Holle and Sherman by Delaney and Company, Inc. and Ken LeClair.

Holle and Sherman report that as of today's date, they have produced to attorney Sheila R. Schwager the remaining documents responsive to the subpoenas, along with a privilege log as permitted by the Court's Order.

Respectfully submitted this 8th day of June, 2007.

        CROWLEY, HAUGHEY, HANSON,
          TOOLE & DIETRICH P.L.L.P.


By  /s/ Jared M. Le Fevre
    JARED M. LE FEVRE
    P.O. Box 2529
    Billings, MT  59103-2529

    Attorneys for Larry Holle and
    Genevieve S. Sherman

### CERTIFICATE OF SERVICE

I hereby certify that on the 8th day of June, 2007, I served a true and exact copy of the foregoing by depositing the same in the U. S. Mail, first-class postage prepaid, addressed to the following:

Sheila R. Schwager
Hawley Troxell Ennis & Hawley LLP,
877 Main St., Suite 1000
Boise, ID 83701

And via email to: Sheila Schwager at SRS@HTEH.COM

/s/ Jared M. Le Fevre
JARED M. LE FEVRE